# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | |
|---|---|
| **Carey Tee Mazzaroni, formerly Carey Tee Evans,** ) | Case No.: 4:13-cv-00924-RBH |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER DISMISSING NEGLIGENT ENTRUSTMENT CAUSE OF ACTION** |
| ) | |
| **Merissa L. Maiorano and Michael F. Maiorano,** ) | |
| ) | |
| **Defendants.** ) | |

The Court, based on a Consent Motion filed by both parties, hereby orders the negligent entrustment cause of action in the Plaintiff's complaint be dismissed with prejudice. This dismissal of the negligent entrustment cause of action does not prejudice Plaintiff's ability to assert the family purpose doctrine.

s/R. Bryan Harwell
**The Honorable R. Bryan Harwell**
United States District Judge

Date: March 10, 2014
Florence, South Carolina